### BROWN v. BASS.

BECK, P. J.　Under the pleadings and the evidence there was no abuse of discretion in granting an interlocutory injunction and in appointing a temporary receiver.　　*Judgment affirmed.　All the Justices concur.*

No. 4308.　OCTOBER 16, 1924.

Injunction, etc.　Before Judge Hardeman.　Toombs superior court.　January 4, 1924.

*B. P. Jackson,* for plaintiff in error.